# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | | |
|---|---|---|---|
| **United States** | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | **3:12-cr-00239-AVC** |
| **Samir Zaky** | ) | | |
| *Defendant* | ) | | |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Samir Zaky**

Date: **Mar 13, 2017**

*Attorney's signature*

**Francis L. O'Reilly, #CT17505**
*Printed name and bar number*

**O'Reilly and Shaw, LLC**
**167 Old Post Road**
**Southport, CT 06890**
*Address*

**attflor@aol.com**
*E-mail address*

**203.319.0707**
*Telephone number*

**203.319.0128**
*FAX number*

*Rev. 5/4/2011*

# CERTIFICATE OF SERVICE

I hereby certify that on **Mar 13, 2017**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**CT17505**

*Attorney's signature*